UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CEASER ROBERTS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:20-CV-204-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES defendant's objections to the M&R [D.E. 25], ADOPTS the conclusions in the M&R [D.E. 24], GRANTS plaintiff's motion for judgment on the pleadings [D.E. 17], DENIES defendant's motion for judgment on the pleadings [D.E. 20], and REMANDS the action to the Commissioner for consideration consistent with this order.

**This Judgment Filed and Entered on September 7, 2021, and Copies To:**
George C. Piemonte                               (via CM/ECF electronic notification)
Amanda B. Gilman                                (via CM/ECF electronic notification)

DATE:                                           PETER A. MOORE, JR., CLERK
September 7, 2021                        (By) /s/ Nicole Sellers
                                                           Deputy Clerk