**In the United States District Court for the**
**Eastern District of North Carolina**
**Western Division**

| | |
|---|---|
| Ceaser **Roberts, Jr.**, <br> Plaintiff, <br> vs. <br> Kilolo **Kijakazi**, <br> Acting Commissioner of Social Security, <br> Defendant. | Civil Action No.   **5:20-cv-00204-D** |

## Order

**THIS MATTER IS BEFORE THE COURT** on the Plaintiff's Motion for

Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A) and

Costs filed on December   6, 2021.   Having reviewed the motion, supporting

materials, memorandum in support, and the case file the Court determines that

Plaintiff should be awarded an attorney's fee under the Equal Access to Justice Act

("EAJA"), 28 U.S.C. § 2412(d), in the amount of $13,656.80.

**IT IS ORDERED** that the Plaintiff's Motion for Fees Under the Equal Access

to Justice Act 28 U.S.C. § 2412(d)(1)(A) filed is **GRANTED,** to the extent that the

Court will award attorney fees in the amount of $13,656.80, and that pursuant to

Comm'r of Soc. Sec. v. Ratliff, 560 U.S. --, 130 S. Ct. 2521 (2010), the fee award

will first be subject to offset of any debt Plaintiff may owe to the United States.  The

Commissioner will determine whether Plaintiff owes a debt to the United States.  If

so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe a federal debt, the government will exercise its discretion and honor an assignment of EAJA fees and pay the awarded fees directly to Plaintiff's counsel. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

**IT IS FURTHER ORDERED** that the Plaintiff shall be paid $421.15 in costs from the Judgment Fund by the United States Department of the Treasury pursuant to 28 U.S.C. § 2412(a)(1).

SO ORDERED. This _22_ day of December, 2021.

James C. Dever III
United States District Judge