In the United States District Court for the
Eastern District of North Carolina
Western Division

| Ceaser **Roberts, Jr.**, Plaintiff, vs. Kilolo **Kijakazi**, Acting Commissioner of Social Security, Defendant. | Civil Action No. 5:20-cv-00204-D |

**Order**

Upon consideration of Plaintiff's petition for attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), and Defendant's response, it is

ORDERED that:

1. Plaintiff's attorney is awarded under 42 U.S.C. § 406(b) attorney's fees in the amount of $17,475.48 less the $13,656.80 previously paid to the Plaintiff's attorney under the Equal Access to Justice Act.

2. Defendant shall pay from the Plaintiff's past due benefits directly to the Plaintiff's attorney the amount of $3,818.68 to Plaintiff's attorney for the net attorney's fees under the Social Security Act, 42 U.S.C. § 406(b) within a reasonable time.

SO ORDERED. This the 16 day of October, 2023.

JAMES C. DEVER III
United States District Judge