UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CEASER ROBERTS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:20-CV-204–D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's attorney is awarded under 42 U.S.C. § 406(b) attorney's fees in the amount of $17,475.48 less the $13,656.80 previously paid to the Plaintiff's attorney under the Equal Access to Justice Act. Defendant shall pay from the Plaintiff's past due benefits directly to the Plaintiff's attorney the amount of $3,818.68 to Plaintiff's attorney for the net attorney's fees under the Social Security Act, 42 U.S.C. § 406(b) within a reasonable time.

**This Judgment Filed and Entered on October 16, 2023, and Copies To:**
George C. Piemonte        (via CM/ECF electronic notification)
Amanda B. Gilman        (via CM/ECF electronic notification)
Cassia W. Parson        (via CM/ECF electronic notification)

DATE:                                  PETER A. MOORE, JR., CLERK
October 16, 2023               (By) /s/ Stephanie Mann
                                            Deputy Clerk